CASE 38—PETITION EQUITY—FEBRUARY 10.

## Lashbrook vs. Patten.

APPEAL FROM THE MASON CIRCUIT COURT.

1. A father is liable for injuries resulting to another from the negligence of his minor son in driving the horses and carriage of the father, with his approbation.

2. In such case the son must be regarded as in the employment of the father, and, for the purposes of the suit, as the father's servant.

STANTON & THROOP, for appellant, cited 1 *Parsons*, 86, 87, 88; 2 *Seld.*, 439; 24 *Barb.*, 356; 22 *Ver. Rep.*, 170; 1 *Ala.*, 366;

Lashbrook vs. Patten.

1 *Seld.*, 49; 3 *Seld.*, 493; 4 *Seld.*, 422; 1 *B. M.*, 96; *Reeve's Dom. Rel.*, 258.

H. TAYLOR, for appellee, cited 1 *Kent's Com.*, 162; 1 *Bl. Com.*, 453; 1 *Mass.*, 145; 1 *N. H.*, 23; 1 *B. M.*, 292; 5 *B. M.*, 26; 1 *East.*, 67; 9 *Johns.*, 293.

HARLAN & HARLAN, on same side, cited 1 *Bl. Com.*, 431; *Justinian*, book 4, title 5, sec. 2; 2 *Eng. Com. L. Rep.*, 163; 1 *Starkie*, 42; 16 *Maine*, 362.

JUDGE WILLIAMS DELIVERED THE OPINION OF THE COURT:

Appellant's minor son, whilst driving his two sisters to a " picnic," in his father's carriage, drawn by his father's horses, and with his father's approbation, all being members of his father's family, through negligence, ran against appellee's carriage, causing his horse to frighten and run, turn over and break his carriage, and throw out his daughter. To recover for which this suit was brought, and submitted to the decision of the court, without the intervention of a jury. The court gave the plaintiff judgment for $55, which appellant desires revised.

The son must be regarded as in the father's employment, discharging a duty usually performed by a slave, and therefore must, for the purposes of this suit, be regarded as his father's servant. The doctrine that masters are responsible for the injuries arising from the carelessness of their servants whilst in the master's employment and the discharge of their duties, has been so long recognized and acted on, that we scarcely deem it necessary to elaborate the reasons or recite authorities.

The judgment of the court below is affirmed.